No. 65517.—Lafair & Sons Co. and Harper, Robinson & Co. v. United States, protest 58/8098 (San Francisco).

Opinion by OLIVER, C.J.  In accordance with oral stipulation of counsel that the merchandise identified as item 116 is in chief value of paper and that the

issue is the same as that the subject of Abstract 63552, the claim of the plaintiffs was sustained.